UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BIG BASIN VINEYARDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RSC INSURANCE BROKERAGE, INC.,<br><br>Defendant. | Case No. 23-cv-04860-BLF (VKD)<br><br>**ORDER RE JANUARY 17, 2024 DISCOVERY DISPUTE RE PRODUCTION OF SETTLEMENT DOCUMENTS**<br><br>Re: Dkt. No. 17 |
|---|---|

The parties ask the Court to resolve a dispute concerning defendant's requests for production of documents relating to plaintiff's settlement of certain breach of contract and insurance bad faith claims against Allied World Assurance Company (U.S.), Inc. ("AWAC"). Dkt. No. 17. The Court finds this matter suitable for resolution without oral argument. *See* Civil L.R. 7-1(b).

Having considered the parties' joint discovery dispute submission and the applicable law, the Court agrees with defendant that the existence of a contractual confidentiality obligation in the settlement agreement between plaintiff and AWAC is no bar to the production of the documents defendant seeks. In addition, to the extent plaintiff or AWAC contends that a privilege protects settlement communications from discovery, plaintiff cites no authority for such a privilege.[1] *See Manzo v. Cnty. of Santa Clara*, No. 17-cv-1099-BLF (VKD), 2019 WL 2866047, at *3 (N.D. Cal. July 3, 2019) (discussing authority).

Accordingly, the Court orders plaintiff to promptly produce all documents responsive to

---

[1] Plaintiff indicates that it "has no basis to withhold its [AWAC] settlement agreement other than for its settlement agreement obligations." Dkt. No. 17 at 3.

defendant's requests for production relating to plaintiff's settlement of its claims with AWAC. The documents may be designated under the protective order as appropriate.

**IT IS SO ORDERED.**

Dated:  January 29, 2024

Virginia K. DeMarchi
United States Magistrate Judge