1  VICTOR JACOBELLIS, ESQ. [SBN 278988]
   vjacobellis@merlinlawgroup.com
2  DANIEL J. VEROFF, ESQ. [SBN 291492]
   dveroff@merlinlawgroup.com
3  RUDY TAP, ESQ. [SBN 297650]
   rtap@merlinlawgroup.com
4  MERLIN LAW GROUP
   601 Montgomery Street, Suite 1925
5  San Francisco, CA 94111
   Tel: (415) 851-2300

*Attorneys for Plaintiff*
BIG BASIN VINEYARDS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BASIN VINEYARDS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RSC INSURANCE BROKERAGE, INC., a Delaware corporation with its principal place of business in California, and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 5:23-cv-04860-EKL<br>[Removed from Santa Cruz County Superior Court Case No. 22CV02345]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER**<br><br>Re: Dkt. Nos. 30, 31<br><br><br>Action Filed:                 October 20, 2022<br>Action Removed:           September 22, 2023<br>Final Pretrial Conference: September 24, 2025<br>Jury Trial:                       October 20, 2025 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant RSC INSURANCE BROKERAGE, INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March 7, 2025                                          MERLIN LAW GROUP

                                                   By:   */s/ Victor Jacobellis*
                                                         VICTOR JACOBELLIS
                                                         DANIEL J. VEROFF
                                                         RUDY TAP
                                                         *Attorneys for Plaintiff*
                                                         BIG BASIN VINEYARDS LLC

Dated: March 7, 2025                                          SHOECRAFT & ASSOCIATES

                                                   By:   */s/ Devin T. Shoecraft*
                                                         ROBERT D. SHOECRAFT
                                                         DEVIN T. SHOECRAFT
                                                         *Attorneys for Defendant*
                                                         RSC INSURANCE BROKERAGE, INC.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER**

**[PROPOSED] ORDER**

The Court having reviewed the foregoing Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) by the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that this matter is Dismissed with Prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 7, 2025        By: _____
                                Eumi K. Lee
                                United States District Judge